UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

United States of America,                    )
                                             )
v.                                           )          Case No. 3:06-00065-01
                                             )          Judge Haynes
Kevin Thomas,                                )
         Defendant.                          )

*ORDER*

*This motion*
*is GRANTED.*
*No further*
*action.*

*4-10-14*

Motion for Court to Enter Agreed Order

        Comes the Defendant, through counsel, and moves the Court to enter the Agreed Order
submitted as an exhibit to this motion. In support Defendant submits the following: The
Defendant is currently on 5 years' supervised release status, supervision having commenced on
October 5, 2012. On 2/12/14 Sr. U.S. Probation Officer Lisa A. Capps filed a Report on
Offender Under Supervision, alleging that the Defendant tested presumptively positive for
marijuana on 1/16/14 and 2/12/14. Additionally, the report alleged that Defendant was cited for
simple possession of marijuana in Robertson County, Tennessee. The probation officer
requested no action be taken by the Court, and it was anticipated that the parties would submit an
Agreed Order modifying Defendant's release conditions, to add drug testing and treatment. On
2/18/14 this Court ordered no action as recommended by the Probation Officer, and per the
probation officer's anticipation, the parties have submitted the instant Agreed Order. The
Agreed Order is consistent with the Probation Officer's recommendations.

        WHEREFORE, Defendant moves the Court to enter the attached Agreed Order.

Respectfully submitted,

/s/ Hershell Koger
Hershell Koger, for the Defendant
P.O. Box 1148
Puaski, TN  38478
                           CERTIFICATE OF SERVICE
        I hereby certify that on February 4, 2014, I electronically filed the foregoing Motion for
Court to Enter Agreed Order with the clerk of the court by using the CM/ECF system, which will
send a Notice of Electronic Filing to the following: Sunny Koshy, Assistant United States
Attorney, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203.

/s/ Hershell Koger
Hershell Koger