UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-00065-01 |
| | ) | Judge Haynes |
| Kevin Thomas, | ) | |
| Defendant. | ) | |

## Agreed Order

IT IS THEREFORE ORDERED, based upon the recommendation of the probation officer and the agreement of the parties as evidenced by their respective electronic signatures listed below that – that Defendant's supervised release conditions are modified to include the following additional conditions, to wit:

> The defendant shall participate in a substance abuse treatment program which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer. The defendant shall pay all or part of the cost for the substance abuse treatment if the United States Probation Officer determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

Entered this _10th_ day of April, 2014.

_____
William Haynes, District Court Judge

Approved for Entry:

/s/ Hershell Koger           /s/ Sunny Koshy
Hershell Koger, for the Defendant    Sunny Koshy, for the Government