PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee
Report on Offender Under Supervision

Name of Offender: <u>Kevin Thomas</u>   Case Number: <u>3:06-00605-01</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>June 26, 2006</u>

Original Offense: <u>18 U.S.C. § 924(c): Possession of a Firearm in Furtherance of a Drug Trafficking Crime</u>

Original Sentence: <u>60 months' custody followed by 5 years' Supervised Release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>October 5, 2012</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>   Defense Attorney: <u>Hershell D. Koger</u>

---

THE COURT ORDERS:

☑ No Action *do recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>12th</u> day of <u>September</u>, 2014, and made a part of the records in the above case.

_____
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:   September 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not purchase, possess, use, distribute, or administer any controlled substance:**

On August 22, 2014, and September 4, 2014, Mr. Thomas submitted urine screens that were returned from Alere Laboratories, Gretna, Louisiana, positive for marijuana. Regarding the positive in August, Mr. Thomas admitted that he smoked one "joint" of "dro," which he explained was high quality marijuana, after his intake assessment at Centerstone. He explained that he used marijuana due to being stressed. As for the most recent positive, Mr. Thomas denied any new use.

On May 28, 2014, Mr. Thomas was referred to Centerstone, Nashville, Tennessee, for a substance abuse intake assessment to determine whether he was in need of drug treatment. The intake assessment was completed on August 21, 2014, and recommended the offender participate in Phase 1 of the Low Intensity Outpatient Program, which requires weekly group counseling.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Thomas is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since January 7, 2014. He is currently employed with United Record Pressing, Nashville, Tennessee, and resides in Antioch, Tennessee, with his girlfriend. The probation officer completes frequent surprise home visits at the offender's residence.

On February 12, 2014, a 12A petition was submitted notifying Your Honor of Mr. Thomas' positive urine screens and citation for simple possession of marijuana. The said petition was signed by Your Honor on February 18, 2014, and no action was ordered.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court to allow Mr. Thomas the opportunity to participate in outpatient drug treatment as recommended by Centerstone. It is recommended Mr. Thomas continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _/s/ Jim Perdue_
Jim Perdue
Deputy Chief U.S. Probation Officer