UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:06-00065 |
| v. | ) | Judge Haynes |
| | ) | |
| | ) | |
| KEVIN THOMAS | ) | |

_handwritten notation: Order Memorandum was granted 12-2-14_

MOTION TO CONTINUE REVOCATION HEARING

Comes Kevin Thomas, by and through undersigned counsel, and respectfully requests a one-week continue of the revocation hearing in this matter presently scheduled for December 1, 2014, at 11:00 a.m. As grounds for this motion, counsel states that he is ill today.

Respectfully submitted,

s/ Dumaka Shabazz
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2014, I electronically filed the foregoing Motion to Continue Revocation Hearing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Sunny A.M. Koshy, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203-3870.

s/ Dumaka Shabazz
DUMAKA SHABAZZ