IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-00065 |
| ) | Senior Judge Haynes |
| v. ) | |
| ) | |
| KEVIN THOMAS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

A revocation hearing is set in this action for **Monday, June 1, 2015 at 2:00 p.m.** If the parties reach an agreed disposition prior to the hearing date, the parties may file an Agreed Order reflecting their disposition and need not appear for the hearing.

It is so **ORDERED**.

ENTERED this the ___14th___ day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge