UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:06-00065 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| KEVIN THOMAS | ) | |

## MOTION TO RE-SCHEDULE REVOCATION HEARING

Comes Kevin Thomas, through undersigned counsel, and moves to re-schedule the revocation hearing, scheduled for today, June 29, 2015. As grounds, counsel states that the primary underlying issue is a new state violation which has been continued to July 21, 2015. The resolution of that matter will have an impact on the disposition of the current violation. Counsel has contacted Assistant U.S. Attorney Sunny A.M. Koshy who has stated he has no opposition to this request for a continuance. Counsel recommends that this hearing be re-scheduled for mid-August, on a date that is convenient for this Court.

Respectfully submitted,

s/ Dumaka Shabazz
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

Attorney for Kevin Thomas